# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No.  01-cv-01451-REB-CBS
(Consolidated with Civil Action Nos. 01-cv-01472-REB-CBS, 01-cv-01527-REB-CBS, 01-cv-01616-REB-CBS, 01-cv-01799-REB-CBS, 01-cv-01930-REB-CBS, 02-cv-00333-REB-CBS, 02-cv-00374-REB-CBS, 02-cv-00507-REB-CBS, 02-cv-00658-REB-CBS, 02-cv-00755-REB-CBS; 02-cv-00798-REB-CBS; and 04-cv-00238-REB-CBS)

In re QWEST COMMUNICATIONS INTERNATIONAL, INC. SECURITIES LITIGATION

_____

## JUDGMENT
_____

Pursuant to and in accordance with the order [#1050] entered by The Honorable Robert E. Blackburn, United States District Judge, on September 29, 2006, it is ordered that judgment shall enter in favor of the plaintiff class, as defined in that order, and against the Settling Defendants, as that term is defined in the Stipulation.  Judgment is entered consistent with the specific terms and conditions stated in the court's order [#1050], filed September 29, 2006.

DATED at Denver, Colorado, this 2nd day of October, 2006.

FOR THE COURT:
Gregory C. Langham, Clerk

By: s/Charlotte Hoard
    Charlotte Hoard
    Deputy Clerk